We will first hear the bail motion and then I will call the regular calendar. United States v. Kaler. Thank you, Your Honors. My name is Eric Kreisman of Kreisman PLLC. I represent Diane Kaler, and this is a motion for bail pending appeal. And it's an unusual motion in that it's based on an ineffective assistance of counsel claim. But this is a rare case in which the ineffectiveness of counsel is evident from the record at sentencing. And the potential, there would be no strategic decision, there would be no strategic reason as to why trial counsel did not call Howard Einbinder, the CPA for whom Ms. Kaler worked. Can I ask you at the outset, just looking at the record, it doesn't seem that you had requested bail pending appeal from the district court. Did you do that? I did not request bail pending appeal from the district court. So is this motion properly before us under United States v. Hochevar? Well, I believe that it is. I mean, I'm not sure that I have read that case. So that case says that the federal rules of appellate procedure 9b does not authorize a defendant to make a motion for a lease pending appeal in the court of appeals in the first instance. My understanding from reading the federal rules of appellate procedure and of criminal procedure was that we could make a motion for bail pending appeal directly to the Second Circuit without raising that issue in the trial court. Obviously, if that's binding precedent, then this motion has no legs. But if it does have legs, if we do have the right to bring this motion now, I think that Mr. Einbinder was a key witness. And the reason he was a key witness essentially was that Ms. Kaler's principal defense at trial was that she was unaware that the bridge loans, investments that she was selling to investors were false or fraudulent, and that the representations were fraudulent. She was unaware of that. And one of the government's principal themes and principal pieces of evidence was that Ms. Kaler was a bookkeeper, started as a bookkeeper at this company, Agape World. She spent two years going line by line, going through bank statements, entering items into QuickBooks. And she would have recognized, given her experience working for an accounting firm, and given her, the government called it a business degree, it was a marketing degree. But that she would have recognized this, that this was a Ponzi scheme immediately. And this was highlighted in the government's opening and in the government's closing. They went back to it. And the only reason that her experience even got into trial was that trial counsel stipulated to allow a draft resume showing that experience into evidence without any hearsay objection. So that the government could say, look, she worked at an accounting firm. And had trial counsel just merely contacted the accountant, the CPA who she worked for, who was a victim of this fraud, he would have given the testimony that was provided in the letters, in his letter at sentencing, and in his affidavits submitted to this court. Which was that Ms. Kaler had a barely rudimentary understanding of bookkeeping and accounting principles, that her sole job was limited to data entry. And that Ms. Kaler didn't have an understanding of finance. And that Mr. Einbinder, who had met with the leader of the scheme, Mr. Nicholas Cosmo, several times, was fooled just as much as he believes Ms. Kaler was. And he has far more relevant experience than Ms. Kaler does. And this goes to other evidence the government puts in its opposition to us. Which is that there were binders, financial binders, relating to the bridge loans that were accessible to her. That would have shown that the amount raised was much greater than the amount in the bridge loan binders. Again, I think that that goes to what Mr. Einbinder would have testified to. That her knowledge of financial concepts was at best rudimentary. Thank you. Thank you. Good morning, your honors, and may it please the court. My name is Bradley King, and I represent the United States in its opposition to the defendant's application for bail pending appeal. In accordance with the statutory presumption codified in 18 United States Code section 3143 subdivision B, the defendant should be detained following her valid conviction for knowingly lying to investors to get them to invest in the massive agape bridge loan Ponzi scheme. This conviction was supported by overwhelming evidence, and this defendant has not presented a substantial question concerning the alleged ineffectiveness of her counsel in failing to call a single victim of this defendant's crimes, who had also previously employed her, to testify about her accounting background. Could you address the question of whether this is properly before us? Judge, there is a rule stating that in this posture, without having first moved for bail pending appeal in the district court, that this is not properly brought before this court. However, we would note, the government would note, that that rule has not uniformly been applied in all cases in which the initial application was not made in the district court. With respect to the- In your view, should we- I mean, we could hold a motion in abeyance and send it back to the district court? Judge, on this record, the government would ask the court to decide the motion to hold that this defendant should be detained- The normal course is in more cases than not, clearly more cases than not. The normal process is to send it back to the district court. You can find exceptions. But isn't it the practice where something is made prematurely to send it back to the district court? It could be held in abeyance, Judge. And that may be the practice. However, the government would just note that there have been situations where that rule has not been uniformly enforced. And given the posture of this case, where it's clear that this defendant could not satisfy the criteria for bail pending appeal, we would ask this court to deny the motion on the record before it. Or we could do what, I suppose, what happened in Hoja Bar, where the court denied the motion without prejudice to making such a motion in the district court. As between the two, what's your view? Judge, the government's position is that this application should be denied. Right, but, okay, be denied but without prejudice? If we don't agree with you, if we think that the better course is for the district court to look at it first, would it be your preference that it be held in abeyance or that it simply be denied without prejudice? The preference here would be that the application be denied without prejudice. To bringing it in the future. Because? Because on this record, it should be denied. And if the procedural posture is such that it has to be first brought in the district court, we would ask that the court hold that it be denied and that perhaps it can be brought again. But we would ask the court to deny it because the statutory criteria have not been met here. There's no substantial question concerning the effective assistance of counsel because the evidence against this defendant was overwhelming. The evidence that she suggests that defense counsel did not secure for trial, the witness that she suggests that defense counsel did not interview, would not have provided any evidence that would have changed the result of this proceeding. And that's because that witness was a victim of the defendant's crimes, who was defrauded by her, who questioned her about whether or not this was a Ponzi scheme, following her affirmative knowledge that it was when she got an email from the scheme's architect saying that all these bridge loans were in default, bridge loans that this witness was invested in. She didn't tell him that. We know why. She proffered with the government. She explained that she knew the significance of that email, and she didn't share it with any investor, including this purported witness, because she knew that it would hasten the collapse of the scheme and her ability to make future commissions. And after that email was received, she raised another million dollars in commissions. So there was overwhelming proof detailed in our papers concerning this defendant's guilt, proof that went beyond any background that she had in an accounting firm. But in addition to that, any decision to not call this witness would have been a wise, under the circumstances, particularly where the government could have brought out the proffer statements that would have further established this defendant's guilt. And so for those reasons, the government would ask that the application be denied. Thank you both for your arguments. The court will reserve decision.